UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-05277-GW (SK) | Date | January 4, 2021 |
|---|---|---|---|
| Title | Jaisen Maurice Lacount v. Atchley | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge | |
|---|---|---|
| Erica Valencia | | n/a |
| Deputy Clerk | | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE**

      Petitioner's opposition to Respondent's motion to dismiss his petition is well past due. Petitioner is thus ordered to show cause by February 5, 2021, why his petition should not be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); L.R. 41-1; see also L.R. 7-12 (failure to oppose motion to dismiss "may be deemed consent to the granting of the motion"). Petitioner may discharge this order by filing his opposition no later than February 5, 2021. If Petitioner wishes instead to voluntarily dismiss his petition, he may do so by filing the attached notice of voluntary dismissal. Failure to file a timely opposition to Respondent's motion to dismiss, a timely notice of voluntary dismissal, or other timely response to this order may serve as another basis to dismiss this action for lack of prosecution.