JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAISEN MAURICE LACOUNT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ATCHLEY,<br><br>　　　　　Respondent. | CASE NO. 2:20-cv-5277-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: March 16, 2021

　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE